# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-180-RFB-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL SIGNORELLI, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Return of Property (ECF No. 113), filed on January 28, 2019. The Government filed its Notice of Non-Opposition (ECF No. 115) on January 31, 2019.

Defendant requests that the Court issue an order to allow for the return of his passport that was surrendered to the United States Pretrial Services office as a condition of his release. Defendant's probation was terminated on January 4, 2019. *See* ECF No. 112. The Government and the United States Pretrial Services office do not oppose the request to return Defendant's passport. *See* ECF No. 115. The Court, therefore, grants Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Return of Property (ECF No. 113) is **granted**. The United States Pretrial Services office shall release Defendant Signorelli's passport to him.

Dated this 1st day of February, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE